Frank V. Pietrantonio, Cooley LLP, of Reston, Virginia, argued for appellant. With him on the brief were Jonathan G. Graves, of Reston, Virginia, and Lori R. Mason and Lowell D. Mead of Palo Alto, California.

Thomas W. Krause, Associate Solicitor, United States Patent and Trademark Office, of Alexandria, Virginia argued for appellee. Of counsel on the brief were Nathan K. Kelley, Deputy Solicitor, and Stacy B. Margolies, Associate Solicitor.

WALLACH, LINN, and TARANTO, Circuit Judges.

### JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

Michael D. Rounds, Watson Rounds, of Reno, NV, argued for plaintiff-appellant. With him on the brief was Adam K. Yowell.

Robert W. Busby, Morgan, Lewis & Bockius, LLP, of Washington, DC, argued for defendant-cross-appellant. With him on the brief was Andrew J. Gray, IV, of Palo Alto, California.

REYNA, TARANTO, and CHEN, Circuit Judges.

### JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

## BALLY TECHNOLOGIES, INC., Plaintiff–Appellant,

v.

## BUSINESS INTELLIGENCE SYSTEMS SOLUTIONS, INC., Defendant–Cross–Appellant.

Nos. 2013–1131, 2013–1132.

United States Court of Appeals, Federal Circuit.

Nov. 8, 2013.

## VIRTUAL SOLUTIONS LLC, Plaintiff–Appellant,

v.

## MICROSOFT CORPORATION, Defendant–Appellee.

No. 2013–1250.

United States Court of Appeals, Federal Circuit.

Nov. 8, 2013.